UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY SM D.C.
Nov 2, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

Case No. 26-MJ-6627-Augustin-Birch

**UNITED STATES OF AMERICA**

**v.**

**JUSTIN LEE COX,**

**Defendant.** /

# CRIMINAL COVER SHEET

1. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? ☐ Yes ☑ No

2. Did this matter involve the participation of or consultation with now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? ☐ Yes ☑ No

3. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? ☐ Yes ☑ No

4. Did this matter involve the participation of or consultation with Magistrate Judge Yeney Hernandez during her tenure at the U.S. Attorney's Office, which concluded on April 2, 2026? ☐ Yes ☑ No

5. Did this matter involve the participation of or consultation with Magistrate Judge Brandy Brentari Galler during her tenure at the U.S. Attorney's Office, which concluded on July 30, 2026? ☐ Yes ☑ No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

BY: ______________________

ADAM M. LOVE
ASSISTANT UNITED STATES ATTORNEY
District Court No. A5503182
500 East Broward Boulevard, Seventh Floor
Fort Lauderdale, Florida 33301
Tel: (954)660-5671
Email: adam.love@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

FILED BY SM D.C.
Nov 2, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

United States of America
v.
Justin Lee Cox

Defendant(s)

Case No. 26-MJ-6627-Augustin-Birch

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 30, 2026 in the county of Broward in the Southern District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2252(a)(l) & (b)(1) | Transportation of Visual Depictions Involving the Sexual Exploitation of Minors |
| 18 U.S.C. § 2252(a)(4)(B) & (b)(2) | Possession of Visual Depictions Involving the Sexual Exploitation of a Minor |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☒ Continued on the attached sheet.

*Complainant's signature*

Lyndon George, Special Agent
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Facetime

Date: November 1, 2026

*Judge's signature*

City and state: Fort Lauderdale, Florida

Panayotta Augustin-Birch, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Lyndon George, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

1. I am employed as a Special Agent with the Department of Homeland Security (DHS), Homeland Security Investigations ("HSI"). In my current position as an HSI Special Agent, I am assigned to the Internet Crimes Against Children ("ICAC") Task Force and am responsible for conducting child exploitation investigations. Specifically, I investigate crimes relating to the sexual exploitation of children, including but not limited to the enticement and attempted enticement of a minor to engage in sexual criminal activity, as well as the production, transportation, distribution, receipt, and possession of child pornography, in violation of Title 18, United States Code, Sections 2422(b), 2251, 2252, and 2252A.

2. As an HSI Special Agent, I have received training in how to conduct child exploitation investigations, and I have both conducted and assisted in such investigations. As a part of my duties, I have observed and reviewed numerous examples of child pornography, as defined in Title 18, United States Code, Section 2256, in all forms of media, including computer media. I am familiar with the tactics used by individuals who collect and distribute child pornographic material.

3. The information set forth in this Affidavit is provided in support of the attached criminal complaint charging Justin Lee Cox ("**COX**") with a violations of Title 18, United States Code, Sections 2252(a)(1) and (b)(1) (transportation of child pornography) and 2252(a)(4)(B) and (b)(2)(possession of child pornography).

4. The statements contained in this Affidavit are based upon my own personal knowledge of this investigation, my previous training and experience, and information obtained from other individuals, including law enforcement officers. Because this Affidavit is being submitted in support of a criminal complaint, it does not include every fact known to law enforcement about this

investigation. Rather, it sets forth only the facts that I believe are necessary to establish probable cause that **COX** committed the aforementioned offenses.

## PROBABLE CAUSE

5. On or about October 30, 2026, **COX** entered the United States at the Port Everglades Seaport, in Fort Lauderdale, Florida via the Carnival Princess Cruise Ship with the last foreign port of Nassau, Bahamas.

6. Upon arriving at primary inspection, **COX** was selected for secondary inspection by a U.S. Customs and Border Protection ("CBP") officer. At secondary inspection, the CBP officer inspected **COX**'s personal property, including a Samsung Galaxy Z Fold8 (the "Phone"), an Alienware 17R4 laptop (the "laptop"), and 14 memory cards. **COX** made an oral declaration to the CBP officer that he owned the electronic media and voluntarily provided the passcode to the Phone and laptop.

7. The CBP officer subsequently conducted a manual review of the Phone pursuant to CBP's border search authority. During this review, the CBP officer encountered files containing, reflecting, and depicting minors engaged in sexually explicit conduct constituting child sexual abuse material ("CSAM"). These included files depicting CSAM involving pre-teen/teen children under the age of 18.

8. Law enforcement conducted an audio-recorded interview of **COX** at Port Everglades Seaport. Law enforcement advised **COX** of his Miranda rights in writing. Prior to questioning **COX**, law enforcement advised him of his *Miranda* rights. **COX** stated that he understood his rights and agreed to speak with law enforcement.

9. **COX** admitted to receiving the videos and pictures but stated initially stated he had no images of anyone under 18 years of age on his devices. Later in the interview, **COX** stated if he had any minors on his devices, it was with their parents' permission.

10. I also conducted a preliminary review of the Device and laptop and identified approximately 8 videos and 54 image files depicting CSAM, including the following:

a. An AI video file depicting an unknown minor female. During his interview, **COX** stated he used a real minor female's image to create an AI prompted image of 14 years-old being raped by an adult male;

b. Several AI video files depicted an unknown minor female, who **COX** stated was a real minor female's image which he used to create a nude minor female whose hands were bound behind her back and a hangman's noose around her neck being hung and dragged;

c. An image file of a pre-teen minor female who is spreading her labia majora for the camera; and

d. An image file of a pre-teen minor female who is laying on her back with her vagina exposed to the camera.

11. Law enforcement's manual review of the Phone identified that at least one of these video files were on the Phone and laptop prior to **COX**'s arrival in the United States on October 30, 2026.

[*Remainder Intentionally Left Blank*]

## CONCLUSION

Based on the aforementioned facts, I respectfully submit that there is probable cause to support the arrest of **COX** for committing a violation of Title 18, United States Code, Sections 2252(a)(1) and (b)(1) (transportation of child pornography) and 2252(a)(4)(B) and (b)(2) (possession of child pornography).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

Special Agent Lyndon George
Department of Homeland Security
Homeland Security Investigations

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Facetime on this ______ day of November, 2026.

HONORABLE PANAYOTTA AUGUSTIN-BIRCH
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CASE NUMBER:** 26-MJ-6627-Augustin-Birch

**BOND RECOMMENDATION**

DEFENDANT: Justin Lee COX

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: [signature]
AUSA: Adam M. Love

Last Known Address: 1200 Columbine Ct

Anchorage, AK 99508

What Facility:

Agent(s): Lydon George
(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (**OTHER**)
HSI